JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LATOYA FONTENOT, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ORTHONET WEST, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 19-4898 DMG (JPRx)<br><br>**ORDER APPROVING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41 [14]** |

In accordance with Federal Rule of Civil Procedure 41(a)(2), and the Joint Stipulation to Dismiss Entire Action with Prejudice Pursuant to Federal Rule of Civil Procedure Rule 41 filed by the parties,

IT IS HEREBY ORDERED that all of Plaintiff Latoya Fontenot's claims against Defendant, Orthonet West, Inc., and DOES 1 through 10, are hereby DISMISSED with prejudice, and the parties shall bear their own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

DATED: February 11, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-